# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

    Herbert Theodore Griffith
    Marta Maria Griffith

Debtor(s)

Case No. 18-12420 MLB Ch. 13

RESPONSE TO REAL TIME RESOLUTION'S OBJECTION TO CONFIRMATION

**COMES NOW**, Debtor, by and through counsel, respond to Movant's Objection to Confirmation, in support of thereof alleges the following:

1. Debtors filed an objection to the claim of Real Time Resolutions, Inc. (ECF #40) which would, in Debtor's view, resolve this objection to confirmation if sustained;

2. This objection, and Debtor's Motion to Amend Chapter 13 plan (ECF #31) should be continued to November 7, 2018 to resolve the objection to claim.

**WHEREFORE**, based on the facts above, debtor requests an order denying or continuing the Movant's Objection to Confirmation

**DATE**: October 10, 2018

Respectfully submitted:

/s/ Mark A. Ditton #45432

Mark A. Ditton, WSBA#45432
NW Debt Relief Law Firm
14900 Interurban Ave. S. #265
Seattle, WA 98168

206-674-4602

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all creditors and interested parties on the attached mailing matrix by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*
Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Renee M. Parker on behalf of Creditor Real Time Resolutions, Inc.
renee.parker@mtglawfirm.com, bknotice@earthlink.net

Nathan F J Smith on behalf of Creditor PennyMac Loan Services, LLC
nathan@mclaw.org, WAWD_ECF@mclaw.org

Dated this 10th Day of October, 2018.

                                      /s/ Mark A. Ditton #45432
                                      Mark A. Ditton, WSBA #45432
                                      Attorney for Debtor(s)