Entered on Docket December 10, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Herbert Theodore Griffith and Marta Maria Griffith,

Debtors.

Bankruptcy No. 18-12420-TWD

**ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM NO. 1**

THIS MATTER came before the Court on the Debtors' objection to Claim No. 1 [Docket No. 40] ("Objection"). The Court has reviewed and considered the Objection, all evidence submitted in support of and in opposition to the Objection, the records and files in this case, and the oral argument held on November 7, 2018. On December 7, 2018, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that the Objection is overruled.

/// End of Order ///

ORDER OVERRULING DEBTORS' OBJECTION
TO CLAIM NO. 1